76,995-03

6-8-2015

From: Anthony Dewayne Lester
Byrd Unit - TDC #1614571
21 FM 247
Huntsville, Texas 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

To: Texas Court of Criminal Appeals
ATTN: Clerk Abel Acosta
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE: Tr. Ct. No. 08-CR-0840-83-2
WR-76,995-03

   Applicant would like to request a copy of his white card denial of WR-76,995-03 and the trial court's Finding of Facts and Conclusion of Law recommendation to deny the above mentioned writ.
   I would like to "Thank You" in advance for your assistance concerning this matter.